IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROMONA YVETTE KENNARD,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Civil Action No.: 3:08-CV-1644-O |
| ) | |
| DALLAS SHERIFF DEPARTMENT,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 18, 2009, the United States Magistrate Judge issued his Findings, Conclusions, and Recommendation.  Doc. No. 15.  On February 24, 2009, Plaintiff filed her Objection to the Magistrate Judge's Findings, Conclusions and Recommendation.  Doc. No. 16.

After conducting a review *de novo* of all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and are hereby accepted as the Findings and Conclusions of the Court.

**SO ORDERED** this 25th day of March**,** 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**